Watson Fireproof Window Co. v. Perkinson et al., 194 Ill. App. 318.

within the State by a foreign corporation of a single contract licensing the manufacture of a patented article owned by it does not constitute doing business within the State in violation of the Foreign Corporation Act (J. & A. ¶ 2531).

2. PATENTS, § 29*—*violation by licensor of agreement to prosecute infringers.* The evidence in an action to recover royalties upon the manufacture of a patented article, *held* not to show a violation of the licensor's agreement to vigorously prosecute infringers.

3. PATENTS, § 29*—*granting licenses to another on more favorable terms in violation of agreement.* The granting of licenses to manufacture a patented article on more favorable terms than those given the defendant, in violation of the terms of his license, *held* no defense to an action for royalties, where such licenses were granted with his knowledge and consent.

---

**Watson Fireproof Window Company, Defendant in Error, v. James H. Perkinson and Herman E. Brown, copartners, trading as Perkinson & Brown, Plaintiffs in Error.**

**Gen. No. 20,047.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed June 17, 1915.

### Statement of the Case.

This case in all essential features is identical with that of *Watson Fireproof Window Co. v. Rysdon,* 189 Ill. App. 134, and *Watson Fireproof Window Co. v. Miller, ante,* page 316, and is governed by the decision of the latter case.

JAMES H. PERKINSON, for plaintiffs in error.

BELL & CROSS, for defendant in error; DELBERT A. CLITHERO, of counsel.

MR. JUSTICE SCANLAN delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.